# KASOWITZ BENSON TORRES LLP

|  |  |  |
|---|---|---|
| | 1633 BROADWAY | ATLANTA |
| | NEW YORK, NEW YORK 10019 | HOUSTON |
| JED I. BERGMAN | | LOS ANGELES |
| DIRECT DIAL: (212) 506-1925 | (212) 506-1700 | MIAMI |
| DIRECT FAX: (212) 500-3245 | FAX: (212) 506-1800 | NEWARK |
| JBERGMAN@KASOWITZ.COM | | SAN FRANCISCO |
| | | SILICON VALLEY |
| | | WASHINGTON DC |

October 29, 2020

BY U.S. Mail & Email (maurice.pesso@kennedyslaw.com)

Maurice Pesso
Kennedys Law LLP
120 Mountain View Boulevard
Post Office Box 650
Basking Ridge, NJ 07920
USA

Re: Notice of Claim — *Securities and Exchange Commission v. Gerard F. Hug et al.*, 19-cv-16290-ES-ESK (D.N.J.) (the "SEC Enforcement Action")

| | |
|---|---|
| Insurer: | Allied World National Assurance Company |
| Insured: | SITO Mobile Inc. f/k/a Single Touch Systems, Inc. |
| Policy No.: | 0309-6252 |
| Primary Insurer: | Chubb Insurance Company of New Jersey |
| Primary Policy No.: | 8242-8396 |

Dear Mr. Pesso:

    I am in receipt of your letter dated October 23, 2020. Thank you for confirming that Allied received actual notice of this claim by no later than March 18, 2017.

    I write to provide you with further notice that the Chubb Primary Policy is nearing exhaustion, subsequent to which invoices for Mr. Hug's defense costs will be submitted directly to Allied. Accordingly, and in conformity with your obligations under N.J. Admin. Code §§ 11:2-17.6 and 17.7, please promptly confirm coverage in writing so as to avoid any lapses in coverage and representation.

    Mr. Hug reserves all rights, and waives none. We invite you to contact us if you have any questions.

Sincerely,

*Jed I. Bergman*

Jed I. Bergman

cc: Ffiona McDonough